**No. 44152.**—Protests 927015–G, etc., of Premier Dental Products Co. (Philadelphia).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of dental cement powder the same in all material respects as that the subject of *Premier. Dental Products Co.* v. *United States* (28 C. C. P. A. 120, C. A. D. 123). The claim at 20 percent under paragraph 205 (d) was therefore sustained.

**No. 44153.**—Protest 936893–G of Premier Dental Products Co. (Philadelphia).

Opinion by KEEFE, J. In accordance with stipulation of counsel that certain of the merchandise consists of dental cement powder the same in all material respects as that the subject of *Premier Dental Products Co.* v. *United States* (28 C. C. P. A.—, C. A. D. 123) the claim at 20 percent under paragraph 205 (d) was sustained as to the dental cement powder. It was further stipulated that some of the merchandise consists of dental cement liquid the same as that the subject of *Premier Dental Products Co.* v. *United States* (T. D. 49301). In accordance therewith the dental cement liquid was held dutiable as a chemical compound at 25 percent under paragraph 5 as claimed.

**No. 44154.**—Protest 975196–G of Star Stationery Co. (New York).

Opinion by KEEFE, J. At the trial it was established that the merchandise is the same as that the subject of Abstract 42091. The claim at 12 cents per pound under paragraph 1515 was therefore sustained.

**No. 44155.**—Protest 970924–G of Geo. Borgfeldt Corp. (New York).

Opinion by KEEFE, J. The appraiser reported that certain of the articles are composed in chief value of wood pulp with a thin coating of plaster of paris. On the record presented the merchandise was held dutiable at 30 percent under paragraph 1403 as claimed.

**No. 44156.**—Protest 977639–G of American Mail Line, Ltd. (San Francisco).

Opinion by KEEFE, J. On the record presented the protest was dismissed.